UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN SERGIO-NEHEMIAH HIGGINS,<br>    Plaintiff,<br><br>-v-<br><br>UNIVERSAL MUSIC GROUP, et al.,<br>    Defendants. | No. 1:18-cv-941<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.** Should Plaintiff wish to file an appeal, he will need to comply with the deadlines identified in Rule 4 of the Federal Rules of Appellate Procedure.

**THIS LAWSUIT IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 11, 2018          /s/ Paul L. Maloney
                             Paul L. Maloney
                             United States District Judge